# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FOX INSURANCE COMPANY, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | |
| ) | |
| PROCARE PHARMACY BENEFIT ) | |
| MANAGER, INC., ) | CIVIL ACTION FILE |
| ) | NO. 1:11-CV-04292-TWT |
| Respondent and Counter-Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| FOX INSURANCE COMPANY, ) | |
| ) | |
| Counter-Respondent. ) | |
| _____ ) | |

**PROCARE PHARMACY BENEFIT MANAGER, INC.'S RESPONSE IN OPPOSITION TO FOX INSURANCE COMPANY'S APPLICATION AND MOTION FOR CONFIRMATION OF ARBITRATION AWARD**

**COMES NOW**, ProCare Pharmacy Benefit Manager, Inc. ("ProCare"), Respondent and Counter-Petitioner in the above captioned action, and hereby serves this its Response in Opposition to Fox Insurance Company's ("Fox") Application and Motion for Confirmation of Arbitration Award.

ProCare opposes the confirmation of the arbitration award entered in American Arbitration Association File No. 30-187-Y-000378-10 on November 23,

1

2011 (the "Award"), which Fox has petitioned this Court to confirm pursuant to 9 U.S.C. § 9.  ProCare is contemporaneously herewith filing its Petition and Motion to Vacate Arbitration Award In Whole or in Part ("Motion to Vacate") on the grounds that the Arbitration Panel exceeded its authority pursuant to 9 U.S.C. §10(a)(4).

The Federal Arbitration Act provides that an arbitration award should not be confirmed if "the award is vacated, modified, or corrected as prescribed in sections 10 and 11 of this title."  9 U.S.C. § 9.  Therefore, this Court should deny Fox's Motion to Confirm Arbitration Award because the Award should be vacated for the reasons set forth in ProCare's Motion to Vacate, which ProCare specifically adopts and incorporates herein by reference.

Respectfully submitted this 6th day of January, 2012.

>   /s/ John G. Perry
>   Robert R. Ambler, Jr.
>   Georgia Bar Number 014462
>   John G. Perry
>   Georgia Bar Number 141609
>   WOMBLE CARLYLE SANDRIDGE & RICE, LLP
>   271 17th Street, NW, Suite 2400
>   Atlanta, Georgia 30363-1017
>   404-872-7000
>   rambler@wcsr.com
>   joperry@wcsr.com

WCSR 7086420v1

>
> Nisbet S. Kendrick III
> Georgia Bar No. 414075
> THE LAW OFFICE OF NISBET S. KENDRICK III, LLC
> 4738 Talleybrook Drive
> Kennesaw, Georgia 30152
> 770-424-0471
> ken@nsk3law.com
>
> ***Attorneys for ProCare Pharmacy Benefit Manager, Inc.***

**Local Rule 7.1 Compliance Certificate**

Pursuant to L.R. 7.1D, this is to certify that the foregoing complies with the font and point selections approved by the Court in L.R. 5.1C. The foregoing document was prepared on a computer using the Times New Roman font (14 point).

# **CERTIFICATE OF SERVICE**

I certify that a copy of the within and foregoing has been filed with the Clerk of the Court using the CM/ECF system, which automatically sent email notification of such filing to the following attorneys of record:

Halsey G. Knapp , Jr.
Foltz Martin
Five Piedmont Center, Suite 750
Atlanta, GA 30305-1541

In addition, the following attorneys of record have been served via U.S. Mail.

| | |
|---|---|
| Megan A. Crowley | Steven J. Rosenbaum |
| Covington & Burling-NY | Covington & Burling-DC |
| 620 Eighth Avenue | 1201 Pennsylvania Avenue, NW |
| New York, NY 10018 | Washington, DC 20004 |

This 6th day of January, 2012.

/s/ John G. Perry
John G. Perry

WCSR 7086420v1