IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FOX INSURANCE COMPANY,

    Plaintiff,

      v.

PROCARE PHARMACY BENEFIT
MANAGER, INC.,

    Defendant.

CIVIL ACTION FILE
NO. 1:11-CV-4292-TWT

<u>ORDER</u>

This is an action to confirm an arbitration award.  It is before the Court on Fox Insurance Company's Petition to Confirm the Arbitration Award [Doc. 1].  For the reasons set forth in the Court's May 7th Order denying the Respondent's Motion to Vacate the Arbitration Award [Doc. 18], the Court GRANTS Fox Insurance Company's Petition to Confirm the Arbitration Award [Doc. 1].

SO ORDERED, this 21 day of May, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge