IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FOX INSURANCE COMPANY,

    Plaintiff,

v.

PROCARE PHARMACY BENEFIT
MANAGER, INC.

    Defendant.

Civil Action No.
1:11-CV-04292-TWT

## APPROVAL OF FORM OF JUDGMENT

The November 22, 2011 award of the American Arbitration Association Arbitral Tribunal having been confirmed by this Court by Order of May 21, 2012, thereby fully resolving the above-styled action, the Clerk is ordered to enter judgment against Defendant as follows:

1. Fox Insurance Company ("Fox") recover from ProCare Pharmacy Benefit Manager, Inc., ("ProCare") the sum of $1,816,239.17.

2. With respect to the $1,949,063.68 in discrepancies identified in the Fraud, Waste and Abuse ("FWA") audits as appropriate for reclaim, ProCare shall, with respect to pharmacies currently under contract with ProCare, offset the amounts identified in the FWA audits against amounts ProCare now or

subsequently owes the pharmacies for any reason, and remit all such sums to Fox, after deducting a 20% administrative fee. ProCare shall, with respect to pharmacies (if any) not currently under contract with ProCare, assign to Fox ProCare's rights to collect the amounts identified in the FWA audits.

SO ORDERED, this 8 day of June, 2012.

_Thomas W. Thrash_
THOMAS W. THRASH, JR.
United States District Judge